UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MICHAEL METZGER, an individual, | ) | CASE NO.: CV 08-2584 SVW (MANx) |
| Plaintiff, | ) | JUDGMENT |
| vs. | ) | |
| CITY OF LOS ANGELES, et al., | ) | JS - 6 |
| Defendants. | ) | |

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of DEFENDANTS CITY OF LOS ANGELES, RICKY DAVIS, and ELLIOTT KING and against PLAINTIFF MICHAEL METZGER. That PLAINTIFF take nothing; that the action be dismissed on the merits.

DATE: January 23, 2009

STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE